

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS



Dated: 9/2/2020

In light of the debtor's statement supporting dismissal (ECF No. 169), no contrary position having been asserted by any party, this case is hereby dismissed.

*In re:*

**IRIS RAMOS,**
    Debtor

Ch. 11
19-10789-MSH

**Proceeding Memorandum and Order**

**MATTER:**
Telephonic Hearing: #123 Order to Show Cause (D. Baker for Debtor)

**Decision set forth more fully as follows:**
Telephonic hearing held. For the reasons set forth on the record, the order to show cause is hereby enforced. The Court will defer until August 4, 2020 its ruling on whether to convert this case to chapter 7 or dismiss this case, to allow any party to file a statement as to whether dismissal or conversion is appropriate.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 7/28/2020